2007 Jul-13  PM 04:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MOORE;<br>RONALD P. GENTRY, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | CIVIL ACTION NO. 7:07-cv-01153-RDP |
| ICANN ENTERPRISES, INC.; ENOM, INC.;<br>and REGISTERFLY.COM, INC., | ) <br> ) <br> ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

The undersigned hereby gives notice of his appearance in this action as counsel for eNom, Inc. ("eNom").  eNom will also be represented in this action by Randy Gainer and Fred Burnside of the Seattle, Washington office of Davis Wright Tremaine LLP.  Messrs. Gainer and Burnside will shortly be filing a motion that they be admitted *pro hac vice* in this action.  The undersigned further represents that counsel for eNom and counsel for plaintiffs have agreed that eNom's response to the complaint will be filed on or before July 30, 2007.  Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.4, eNom's Disclosure Statement is being filed contemporaneously herewith.

Dated:  July 13, 2007

s/ Dylan C. Black
_____
Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8000; Facsimile: (205) 521-8800
E-mail: dblack@bradleyarant.com
Counsel for eNom, Inc.

1/1599105.1

OF COUNSEL:
BRADLEY ARANT ROSE & WHITE LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2104
Phone: (205) 521-8000
Facsimile (205) 521-8800


## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> T. Blake Liveoak
> Collins, Liveoak & Boyles, P.C.
> 2021 Morris Avenue, Suite 200
> Birmingham, Alabama 35203

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

| | |
|---|---|
| ICANN Enterprises, Inc. | RegisterFly.com, Inc. |
| c/o Dennis McKinnie | 623 Eagel Roack Avenue |
| 278 Alamitos Avenue, Suite #17 | Suite #7 |
| Long Beach, California 90802 | West Orange, NJ 07052 |

s/ Dylan C. Black

Dylan C. Black (ASB-6595-K72D)
Bradley Arant Rose & White LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203-2119
(205) 521-8000; Facsimile: (205) 521-8800
E-mail: dblack@bradleyarant.com

1/1599105.1

2